ORRY P. KORB, County Counsel (S.B. #114399)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

*IT IS SO ORDERED*
*Judge Edward J. Davila*
*9/3/2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD BEARDSLEY,<br><br>           Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS, CORRECTIONS OFFICER HAMMOND, CITY OF SAN JOSE, OFFICER RAMIREZ, ID NO., 2860, and DOES 1-50,<br><br>           Defendants. | Case No.:  CV13-01378 EJD (HRL)<br><br>**STIPULATION TO ENLARGE TIME L.R. 6-1** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

The time within which the defendant County of Santa Clara to respond to the complaint in this action filed on March 27, 2013 shall be extended to September 27, 2013.  This date will not affect any previously set case management dates.

Dated:  August 28, 2013

Respectfully submitted,

ORRY P. KORB
COUNTY COUNSEL

By:  /s/ David M. Rollo
DAVID M. ROLLO
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated:  August 30, 2013

By:  /s/ James E. Dunn
JAMES E. DUNN, ESQ.

Attorneys for Plaintiff
LLOYD BEARDSLEY

812433