IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LLOYD BEARDSLEY, | CASE NO. 5:13-cv-01378 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| COUNTY OF SANTA CLARA, ET AL, | |
| Defendant(s). | |

On August 5, 2013, the court scheduled the above-entitled action for a Case Management Conference on September 27, 2013, and required the parties to file a Joint Case Management Statement on or before September 20, 2013. See Docket Item No. 19. Although Defendant filed a separate statement for the Conference on September 20th, Plaintiff did not. See Docket Item No. 24. Nor did Plaintiff file a timely opposition to the pending Motion to Dismiss. See Docket Item No. 20.

Plaintiff's conduct suggests to the court that he has abandoned this action. Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, **by September 30, 2013**, demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

The Case Management Conference scheduled for September 27, 2013, is VACATED.

**IT IS SO ORDERED.**

Dated: September 23, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-01378 EJD
ORDER TO SHOW CAUSE