IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LLOYD BEARDSLEY,<br><br>    Plaintiff(s),<br>  v.<br><br>COUNTY OF SANTA CLARA, et. al.,<br><br>    Defendant(s). | CASE NO. 5:13-cv-01378 EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; RESCHEDULING CASE MANAGEMENT CONFERENCE** |

Having reviewed the response filed October 1, 2013 (see Docket Item No. 27), the court finds that Plaintiff has demonstrated sufficient good cause as required. Accordingly, the Order to Show Cause issued September 23, 2013, is DISCHARGED.

The court reschedules this action for a Case Management Conference on **October 25, 2013, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before **October 18, 2013.**

The court notes it has issued two show cause orders due to Plaintiff's failure to diligently pursue this action according to the Federal Rule of Civil Procedure and this district's Civil Local Rules. See Docket Item Nos. 7, 25. The court therefore advises Plaintiff that failure to comply with further deadlines, including the requirement that he prepare and file a Joint Case Management Statement by October 18th, will result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b) without further notice.

**IT IS SO ORDERED.**

Dated: October 1, 2013

EDWARD J. DAVILA
United States District Judge