1  ORRY P. KORB, County Counsel (S.B. #114399)
   DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA and JOEL
6  HAMMOND

**IT IS SO ORDERED**
*[signature]*
Judge Edward J. Davila

3/7/2014

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| LLOYD BEARDSLEY,<br><br>         Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>         Defendants. | No.  CV1301378 EJD (HRL)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL as to Defendant Joel Hammond** |

   IT IS HEREBY STIPULATED AND AGREED, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiff Lloyd Beardsley and all defendants who have appeared in this action, as follows:

   1.   This action was commenced on March 27, 2013.

   2.   The action is not a class action, a receiver has not been appointed, and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

///
///
///
///
///
///

1    3.    This action is hereby dismissed with prejudice as to Defendant Corrections Officer Joel Hammond.

IT IS SO STIPULATED.

Dated: March 6, 2014                             Respectfully submitted,

                                                 By: /s/_____
                                                     JAMES E. DUNN, ESQ.

                                                 Attorneys for Plaintiff
                                                 LLOYD BEARDSLEY

I hereby attest that I have on file the holograph signature for the signature indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: March 6, 2014                             Respectfully submitted,
                                                 ORRY P. KORB
                                                 COUNTY COUNSEL

                                                 By: /s/_____
                                                     DAVID M. ROLLO
                                                     Deputy County Counsel

                                                 Attorneys for Defendants
                                                 COUNTY OF SANTA CLARA and JOEL HAMMOND

897773.DOC