James Dunn – SBN 188040
Law Office of James Dunn
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
650-918-7384

**GRANTED**
[signature]
Judge Edward J. Davila

5/7/2014

The clerk shall close this file.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD BEARDSLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-01378-EJD (HRL)<br><br>**STIPULATION AND JOINT MOTION TO DISMISS** |

　　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their counsel, hereby stipulate and jointly move the Court as follows:

　　1.　　That the entire action be dismissed with prejudice; and

　　2.　　That each party will bear its own costs.

Dated:  May 7, 2014

　　　　　　　　　　　　　　　　By　/s/ James Dunn
　　　　　　　　　　　　　　　　　　　James Dunn

　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　Lloyd Beardsley

Dated:  May 7, 2014　　　　　　ORRY P. KORB
　　　　　　　　　　　　　　　　County Counsel

　　　　　　　　　　　　　　　　By　/s/ David M. Rollo
　　　　　　　　　　　　　　　　　　　DAVID M. ROLLO
　　　　　　　　　　　　　　　　　　　Deputy County Counsel

　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　COUNTY OF SANTA CLARA
　　　　　　　　　　　　　　　　AND JOEL HAMMOND

1

13-cv-01378-EJD (HRL)